May 04, 2007

Mr. Clarkson F. Brown
Assistant Criminal District Attorney
Bexar County Criminal District Attorney's Office
300 Dolorosa, Ste. 4049
San Antonio, TX 78205-3030

Mr. Mark A. Sanchez
Gale Wilson & Sanchez
115 E. Travis, Suite 618
San Antonio, TX 78205

Mr. Robert W. Wilson
Gale Wilson & Sanchez
115 East Travis, Suite 618
San Antonio, TX 78205
Mr. Thomas W. Gendry
Gendry & Sprague
645 Lockhill-Selma
San Antonio, TX 78216

Honorable Karen H. Pozza
Judge, Bexar County Courthouse
100 Dolorosa, 4th Floor
San Antonio, TX 78205

RE: Case Number: 05-0613
 Court of Appeals Number: 04-05-00297-CV
 Trial Court Number: 2002-CI-00450

Style: IN RE BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY'S OFFICE

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions in
the above-referenced cause. (Justice Green not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |